BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-00062-LKK-CKD |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $54,895.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Austin Mendenhall ("claimant"), by and through their respective counsel, as follows:

1.     On or about April 1, 2013, claimant Austin Mendenhall filed a claim in the administrative forfeiture proceeding with the U.S. Drug Enforcement Administration with respect to the Approximately $54,895.00 in U.S. Currency (hereafter "defendant currency"), which was seized on November 28, 2012.

2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is June 28, 2013.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to August 27, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 27, 2013.

Dated: 6/27/2013　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　/s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated: 6/27/2013　　　　　　　　　　　　　　/s/ Albert A. Palombaro
　　　　　　　　　　　　　　　　　　　　　　ALBERT A. PALOMBARO
　　　　　　　　　　　　　　　　　　　　　　Attorney for claimant
　　　　　　　　　　　　　　　　　　　　　　Austin Mendenhall

　　　　　　　　　　　　　　　　　　　　　　(Signature authorized by email)

**IT IS SO ORDERED**.

Dated: June 28, 2013.

　　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT