BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MC-00062-LKK-AC |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $54,895.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Austin

Mendenhall ("claimant"), by and through their respective counsel, as follows:

1.      On or about April 1, 2013, claimant Austin Mendenhall filed a claim in the administrative

forfeiture proceeding with the U.S. Drug Enforcement Administration with respect to the Approximately

$54,895.00 in U.S. Currency (hereafter "defendant currency"), which was seized on November 28,

2012.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

than claimant has filed a claim to the defendant currency as required by law in the administrative

forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was June 28, 2013.

4.      By Stipulation and Order filed on or about June 27, 2013, the parties stipulated to extend to August 27, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.      By Stipulation and Order filed on or about August 27, 2013, the parties stipulated to extend to October 28, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 27, 2013, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///

Stipulation and Order to Extend Time

7.    Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to November 27, 2013.

Dated:  10/24/2013                          BENJAMIN B. WAGNER
                                            United States Attorney


                                  By:    /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
                                         Assistant U.S. Attorney


Dated:  10/24/2013                       /s/ Albert A. Palombaro
                                         ALBERT A. PALOMBARO
                                         Attorney for claimant Austin Mendenhall
                                         (Authorized by phone)



**IT IS SO ORDERED**.

Dated: October 28, 2013.




LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

Stipulation and Order to Extend Time